KING, HOLMES, PATERNO & SORIANO, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
JACKSON S. TRUGMAN, ESQ., STATE BAR NO. 295145
JTRUGMAN@KHPSLAW.COM
1900 AVENUE OF THE STARS, TWENTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

ALLEN, DYER, DOPPELT & GILCHRIST, PA
AVA K. DOPPELT, ESQ., PRO HAC VICE
TREVOR F. WARD, ESQ., PRO HAC VICE
ADOPPELT@ALLENDYER.COM
TWARD@ALLENDYER.COM
255 SOUTH ORANGE AVENUE, SUITE 1401
ORLANDO, FLORIDA 32801
TELEPHONE: (407) 841-2330
FACSIMILE: (407) 841-2343

Attorneys for Defendant
GREGORY BRUNSHIDLE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARKLEY & ASSOCIATES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY BRUNSHIDLE, an individual, and SONAL PATEL, an individual,<br><br>Defendants. | CASE NO. 2:25-cv-03576-MWF-JPRx<br><br>Hon. Michael W. Fitzgerald<br><br>**DEFENDANT GREGORY BRUNSHIDLE'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>*Memorandum of Points and Authorities, Declaration of Gregory Brunshidle in Support of his Motion to Dismiss, and Proposed Order filed concurrently*<br><br>Date: September 8, 2025<br>Time; 10:00 a.m.<br>Crtrm: 5A |

/ / /

/ / /

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 8, 2025 at 10:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 5A of the above-entitled Court located at 350 West 1st Street, Los Angeles, California, Defendant Gregory Brunshidle ("Brunshidle") will move the above-entitled Court, the Honorable Michael W. Fitzgerald presiding, for an Order dismissing the Complaint for lack of personal jurisdiction and for failure to state a claim.

The Motion to Dismiss is brought pursuant to Federal Rule of Civil Procedure 12(b)(2) on the grounds that Plaintiff's sole basis for personal jurisdiction over Brunshidle is that Plaintiff's alleged harm was felt in California. But this is an insufficient basis for jurisdiction over Brunshidle, a Florida resident with no connection to California. None of Brunshidle's suit-related conduct is substantially connected to or directed at California. Under the circumstances, it would offend traditional notions of fair play and substantial justice for this Court to assert personal jurisdiction over Brunshidle.

The Motion to Dismiss is brought pursuant to Federal Rule of Civil Procedure 12(b)(6) on the following grounds:

1. Plaintiff's trademark and unfair competition claims are preempted by the Copyright Act;

2. Plaintiff's Complaint fails to state trademark claims upon which relief can be granted because it fails to allege facts showing priority of Plaintiff's marks;

3. Plaintiff's Complaint fails to state trademark and unfair competition claims upon which relief can be granted because none of Brunshidle's conduct was commercial – a necessary element for these claims; and

4. Plaintiff's Complaint fails to state a cause of action for copyright infringement upon which relief can be granted because it identifies neither the allegedly infringing work nor the allegedly infringed work.

/ / /

**PLEASE TAKE FURTHER NOTICE that**

1. Should Plaintiff choose to oppose Brunshidle's Motion, Plaintiff must file and serve any and all opposition papers no later than twenty-one days (three weeks) before the hearing date (Local Rule 7-9), that is on or before August 18, 2025;

2. Absent a prior written Order by the Court, Plaintiff may not file a response to Brunshidle's reply papers (Local Rule 7-10); and

3. The Court may deem Plaintiff's failure to timely file opposition papers consent to the granting of Brunshidle's Motion (Local Rule 7-12).

Brunshidle's Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the pleadings and papers on file in this action, the matters on which this Court may take judicial notice, and such additional matters and oral argument as may be offered in support of the Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 22, 2025. See attached Declaration regarding compliance with L.R. 7-3.

DATED: July 29, 2025

KING, HOLMES, PATERNO & SORIANO, LLP

By: */s/ Jackson S. Trugman*
JACKSON TRUGMAN

-and-

ALLEN, DYER, DOPPELT & GILCHRIST, PA
TREVOR F. WARD, ESQ., PRO HAC VICE
255 SOUTH ORANGE AVE., SUITE 1401
ORLANDO, FLORIDA 32801

Attorneys for Defendant Gregory Brunshidle

## DECLARATION OF TREVOR F. WARD

I, Trevor F. Ward, declare and date:

1. I am an attorney admitted to practice *pro hac vice* in this action on behalf of Defendant Gregory Brunshidle. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am an associate attorney in the law firm of Allen, Dyer, Doppelt + Gilchrist, P.A. and represent Defendant Gregory Brunshidle.

3. I conferred with Plaintiff's counsel via video conference on July 22, 2025, and discussed the bases for Brunshidle's motion. Plaintiff disputes the issues and opposes the relief sought herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29th day of July, 2025, at Orlando, Florida .

/s/ [signature]
TREVOR F. WARD